Shana Stark (SBN 171555)
sstark@raslg.com
**ROBERTSON, ANSCHUTZ, SCHNEID& CRANE, LLP**
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (470) 321-7112

*Attorneys for Creditor*
*U.S. Bank Trust National Association, Not In Its*
*Individual Capacity But Solely As Owner Trustee*
*For RCAF Acquisition Trust*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Jaime Tellier,<br><br>       Debtor. | Case No. 26-10137-DM<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, <u>Shana Stark</u>, hereby declare as follows:

I am an active member of the State Bar of California, and I am not a party to the above-captioned case; my business address is 1 Park Plaza, Suite 600, Irvine, CA 92614.

On April 15, 2026, I caused copies of the following document(s) to be served:

**OBJECTION TO CONFIRMTION OF DEBTOR'S CHAPTER 13 PLAN**

in the following manner on the parties listed below:

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

  **<u>DEBTOR</u>**
  Jaime Tellier
  12847 Dunbar Rd
  Glen Ellen, CA 95442

- **BY ELECTROIC SERVICE (ECF):**

**DEBTOR'S COUNSEL**
Allan J. Cory
Law Office of Allan J. Cory
740 4th Street
Santa Rosa, CA 95404

**TRUSTEE**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

**US TRUSTEE**
Office of the U.S. Trustee / SR
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 15th day of April, 2026.

/s/ Shana Stark
Shana Stark