Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:
  Jaime Edward Tellier

Chapter 13 Case No:
  26-10137-DM 13

WITHDRAWAL
OF
Objection to Debtor's Claim of Exemptions

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Objection to Debtor's Claim of Exemptions for the above named Chapter 13 Case which was filed on April 09, 2026, same being court docket #24.

Date: May 01, 2026

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee