Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Jaime Edward Tellier

Chapter 13 Case Number:
26-10137-DM 13

Debtors(s)

## NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

*TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES: NOTICE IS*

*HEREBY GIVEN that a Confirmation Hearing will be held on June 17, 2026 at 10:00 am.*

This hearing will be conducted only via Zoom. The court's website offers information

explaining how to arrange an appearance at a video hearing. If you have questions about

how to participate in a video hearing, you may contact the court by calling 888-821-7606 or

by using the Live Chat feature on the court's website.

Date: May 11, 2026

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Jaime Edward Tellier
12847 Dunbar Rd
Glen Ellen, Ca 95442

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

May 11, 2026                                    /s/Olga Gonzalez

                                               Olga Gonzalez

Jaime Edward Tellier                           Law Office Of Allan J Cory
12847 Dunbar Rd                                740 - 4Th St
Glen Ellen,CA 95442                            Santa Rosa,CA 94504

(Debtor(s))                                    (Counsel for Debtor)

Stewart Zlimen And Jungers Ltd          Bonial And Associates Pc
2860 Patton Rd                          Po Box 9013
Roseville, MN  55113-0000               Addison, TX  75001-0000

Bonial And Associates Pc                Exeter Finance Llc
Po Box 9013                             2101 W John Carpenter Fwy
Addison, TX  75001-0000                 Irving, TX  75063-0000

Jpmc C/O National Bankruptcy Services Llc   Jpmc C/O National Bankruptcy Services Llc
Po Box 9013                             Po Box 9013
Addison, TX  75001-0000                 Addison, TX  75001-0000

Exeter Finance                          Shellpoint Mortgage
Po Box 650693                           75 Beattie Pl #300,
Dallas, TX  75265                       Greenville, SC  29601
(Creditor)                              (Creditor)

Prime Recon Llc                         Capital One
273678  Via Industria, Ste 201          Po Box 31293
Temecula, CA  92590                     Salt Lake City, UT  84131
(Creditor)                              (Creditor)

Selene Finance Lp                       Citi
Po Box 8619                             Po Box 6217
Philadelphia, PA  191018619             Sioux Falls, SD  57117
(Creditor)                              (Creditor)

Jpmorgan Chase Bank
Po Box 15368
Wilmington, DE  19850
(Creditor)

K&L Gates Llp
Attn: Kevin S. Asfour
10100 Santa Monica Blvd., 8Th Floor
Los Angeles, CA  90067
(Creditor)

Radia
Po Box 1259 Dept. #165956
Oaks, PA  19456
(Creditor)

Thd/Cbna
Po Box 6497
Sioux Falls, SD  57117
(Creditor)

Vb Bts Ii, Llc Vs Tellier
22 W Atlantic Ave #310
Delray Beach, FL  33444
(Creditor)

Jpmorgan Chase Bank
Po Box 15368
Wilmington, DE  19850
(Creditor)

Becket And Lee Llp
Po Box 3002
Malvern, PA  193550701
(Creditor)

Michelle Chaney
1050 Pueblo Dr
Napa, CA  94558
(Creditor)

Selene Finance Lp
Po Box 8619
Philadelphia, PA  191018619
(Creditor)