BRANDY A. SARGENT
California State Bar No. 292586
K&L GATES LLP
ONE SW COLUMBIA STREET, SUITE 1900
Portland, Oregon 97204
Telephone: 503.226.5735
Facsimile: 503.248.9085
Email: brandy.sargent@klgates.com

*Counsel for VB BTS V, LLC*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA–SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br><br>Jaime Tellier<br><br>Debtor. | Case No. 26-10137-DM<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON VB BTS V, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing Date: August 13, 2026**<br>**Time: 9:30 a.m. PT**<br>**Place: via Videoconference (Zoom)**<br>**Judge: Judge Dennis Montali** |

TO THE DEBTOR AND ITS ATTORNEY OF RECORD AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Court will hold a preliminary hearing on the Motion for Relief from the Automatic Stay [ECF No. 56] on August 13, 2026, at 9:30 a.m. Pacific Time, or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of the above-entitled Court ***in/via Tele/Videoconference.*** VB BTS V, LLC (as successor in interest to VB BTS II, LLC, together "VB") has moved for entry of an order pursuant to Bankruptcy Code sections 101 and 365(d)(1) to allow the pending state court litigation to move forward and permit VB to seek injunctive relief or, if necessary, proceed to judgment thereby liquidating VB's claim against the Debtor.

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and

authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION.**

**This hearing will be conducted only via Zoom**. The Court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the Court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

The Motion is based on this Notice of Motion, the Motion itself and the authorities cited in the Motion, the Declaration of Brandon St.Michel, the pleadings and papers filed in this case, and such other matters as may presented to the Court at the time of the hearing.

K&L GATES LLP

Dated: July 10, 2026

By: /s/ *Brandy A. Sargent*
Brandy A. Sargent
*Counsel for VB BTS V, LLC*



Case: 26-10137 Doc# 59 Filed: 07/10/26 Entered: 07/10/26 15:38:31 Page 2 of 3

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, CA 90067.

On July 10, 2026, I served the document(s) described as: **Notice Of Hearing On VB BTS V, LLC's Objections To Confirmation Of Debtor's Chapter 13 Plan**.

☒ I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Martha G. Bronitsky 13trustee@oak13.com, trusteeCANB1B@ecf.epiqsystems.com
- David Coats dacoats@raslg.com
- Allan J. Cory cory@sonic.net
- Office of the U.S. Trustee / SR USTPRegion17.SF.ECF@usdoj.gov
- Shana Stark sstark@raslg.com
- Sarah Arlene Dooley-Lewis sdooleylewis@raslg.com

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**DEBTOR**
Jaime Tellier
12847 Dunbar Road
Glen Ellen, CA 95442

☒ **BY MAIL:** I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2026, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph



Case: 26-10137 Doc# 59 Filed: 07/10/26 Entered: 07/10/26 15:38:31 Page 3 of 3