Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810

Attorney for Debtor(s);

**UNITED STATES BANKRUPTCY COURT**
*for the*
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>JAIME EDWARD TELLIER<br><br>Debtors. | Case No.: 26-10137<br><br>Chapter 13<br><br>Confirmation Date: TBD<br>Time: TBD<br>Place: TBD<br>Judge: Hon. Dennis Montali |

**NOTICE OF AMENDED CHAPTER 13 PLAN AND OPPORTUNITY FOR OBJECTION TO CONFIRMATION**

**NOTICE IS HEREBY GIVEN** that an amended Chapter 13 Plan has been filed in this case and is being served concurrently with this notice.

**PLEASE TAKE FURTHER NOTICE THAT:**

A request for hearing on this matter, must be filed and served upon the initiating party within 28 days of mailing of the notice; a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default. The initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.



Case: 26-10137 Doc# 64 Filed: 08/14/26 Entered: 08/14/26 16:54:18 Page 1 of 2

**PLEASE TAKE FURTHER NOTICE THAT:**

Once timely filed, an objection to a plan will be considered an objection to all subsequent versions and amendments until the objection is withdrawn or the objecting party fails to appear at a hearing on Confirmation

Date: 08/14/26

/s/ *Allan Cory*
Allan Cory, Attorney for Debtor